[Nos. 10205-2-I; 12395-5-I. Division One. February 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE M. FREEMAN, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 80-1-04167-0, Warren Chan, J., entered April 10, 1981, and October 12, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Williams, JJ.

[No. 5199-4-III. Division Three. February 7, 1984.]

*In the Matter of the Estate of* ARTHUR PAGNOTTA.

DOROTHY S. PAGNOTTA, *Appellant,* v. ARTHUR M. PAGNOTTA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81-4-00209-1, Marcus M. Kelly, J., entered May 11, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and McInturff, J.

[No. 4999-0-III. Division Three. February 7, 1984.]

WILLIAM M. FORREST, *Appellant,* v. RICHARD J. VORENKAMP, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80-2-00077-1, Blaine Hopp, Jr., J., entered January 29, 1982. *Reversed* and *remanded* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.